IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2026 MAR 18 PM 5:08

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:26CR34 |
| vs. | INDICTMENT |
| VICTOR HENDERSON a/k/a "Whodi", "Wop Don," <br> CEDRIC GLOVER a/k/a "Ced" and <br> CHRISTOPHER GRUTEL a/k/a "22", "Twenty Two", "Creep", "Gunner", | 18 U.S.C. § 924(c)(1)(A)(iii), <br> 18 U.S.C. § 924 (o) <br> 18 U.S.C. §§ 933(a)(3) and (b) <br> 18 U.S.C. § 2 |
| Defendants. | |

The Grand Jury charges that

### COUNT I – Firearms Conspiracy: Crimes of Violence

Between on or about January 1, 2023, and on or about October 31, 2025, in the District of Nebraska and elsewhere, the defendants, VICTOR HENDERSON a/k/a "Whodi", "Wop Don, CEDRIC GLOVER a/k/a "Ced", and CHRISTOPHER GRUTEL a/k/a "22", "Twenty-Two", "Creep", "Gunner", and others known and unknown to the grand jury, did knowingly conspire and agree with persons known and unknown to the grand jurors to knowingly possess firearms, including, but certainly not limited to, the following: in furtherance of federally chargeable crimes of violence, to include assault with a dangerous weapon, attempted assault with a dangerous weapon, and murder in aid of racketeering.

All in violation of Title 18, United States Code, Section 924(o).

1

### COUNT II - Firearms Trafficking Conspiracy

Between on or about July 29, 2023, and on or about July 30, 2023, in the District of Nebraska and elsewhere, defendants, VICTOR HENDERSON a/k/a "Whodi", "Wop Don, CEDRIC GLOVER a/k/a "Ced", and CHRISTOPHER GRUTEL a/k/a "22", "Twenty-Two", "Creep", "Gunner", and others known and unknown to the grand jury, did knowingly conspire and agree with each other and with persons known and unknown to the grand jurors to ship, transport, transfer, cause to be transported, and otherwise dispose of one and more firearms to another person,, including, but certainly not limited to, a 9 mm handgun and a .45 caliber handgun, in and affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)).

All in violation of Title 18, United States Code, Sections 933(a)(3), and (b).

### COUNT III – Use, Carry, and Discharge of a Firearm

On or about July 30, 2023, in the District of Nebraska, defendants, VICTOR HENDERSON a/k/a "Whodi", "Wop Don," CEDRIC GLOVER a/k/a "Ced", and CHRISTOPHER GRUTEL a/k/a "22", "Twenty Two", "Creep", "Gunner", did, aiding and abetting each other, knowingly use, carry, and discharge firearms, that is a 9 mm handgun and a .45 caliber handgun, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, murder in aid of racketeering, in violation of Title 18, Section 1959(a)(1).

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii) and 2.

A TRUE BILL.

_____
FOREPERSON

2

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

LESLEY A. WOODS
United States Attorney
District of Nebraska

3