IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiffs,

vs.

VICTOR HENDERSON, CEDRIC GLOVER, and CHRISTOPHER GRUTEL,

Defendants.

**8:26CR34**

**ORDER**

This matter is before the Court on the Government's Motion to Dismiss (Filing No. 67) requesting to dismiss, without prejudice, the Indictment as to Defendants VICTOR HENDERSON, CEDRIC GLOVER, and CHRISTOPHER GRUTEL. The counts in this indictment regarding these Defendants have been included in a superseding indictment in case number 8:25CR235. Pursuant to Federal Rule of Criminal Procedure 48(a), the Court grants the Government's Motion and dismisses the Indictment without prejudice.

Dated this 21st day of September, 2026.

BY THE COURT:

s/ Susan M. Bazis
United States District Judge